*State, Respondent, v. Highsmith, Petitioner*, No. 92827-4. Petition for review of a decision of the Court of Appeals, No. 46382-2-II, January 19, 2016, 192 Wn. App. 1022. *Granted on a specific issue* and *remanded* to the superior court June 29, 2016.

*Fortgang, Petitioner, v. Woodland Park Zoological Soc'y, Respondent*, No. 92846-1. Petition for review of a decision of the Court of Appeals, No. 72413-4-I, February 1, 2016, 192 Wn. App. 418. *Granted* June 29, 2016.

*In re Custody of L.M.S. Siufanua et al., Petitioners, v. Fuga et al., Respondents*, No. 92897-5. Petition for review of a decision of the Court of Appeals, No. 72938-1-I, February 8, 2016, 192 Wn. App. 1034. *Granted* June 29, 2016.

*State, Petitioner, v. Murray, Respondent*, No. 92930-1. Petition for review of a decision of the Court of Appeals, No. 72501-7-I, February 16, 2016, 192 Wn. App. 1040. *Granted* June 29, 2016 and *consolidated* with *State v. Robison*, No. 92944-1.

*State, Petitioner, v. Robison, Respondent*, No. 92944-1. Petition for review of a decision of the Court of Appeals, No. 72260-3-I, February 16, 2016, 192 Wn. App. 658. *Granted* June 29, 2016 and *consolidated* under *State v. Murray*, No. 92930-1.

In the Matter of the Personal Restraint of Jackson, Petitioner, No. 92125-3. Motion for discretionary review of a decision of the Court of Appeals, No. 73980-8-I, July 29, 2015. *Granted* June 29, 2016. Review *dismissed* as moot December 20, 2016.

*Kimzey, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 92742-1. Petition for review of a decision of the Court of Appeals, No. 72323-5-I, November 30, 2015, 191 Wn. App. 1030. *Denied* June 29, 2016.